**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
BERNARD CO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD CO,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATON SOLUTIONS, INC.,<br><br>    Defendant(s). | Case No.: 8:22-cv-01537-JVS-KES<br><br>**STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

NOW COMES Plaintiff, BERNARD CO, and Defendant, EXPERIAN INFORMATON SOLUTIONS, INC., by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

///

///

///

RESPECTFULLY SUBMITTED,

Dated: December 14, 2022　　　　　　　**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

Dated: December 14, 2022　　　　　　　**JONES DAY**

By: /s/ Kelly Christine Albright

Kelly Christine Albright
*Attorney for Defendant*

# PROOF OF SERVICE

I, G. Thomas Martin, III, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 4605 Lankershim Blvd., Suite 535, Toluca Lake, CA 91602. On December 14, 2022, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel

By the following means of service:

[X]   **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]   **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on December 14, 2022, at Los Angeles, California.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III